JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPOINT FINANCIAL CORP., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BERMUDA MONETARY AUTHORITY; GERALD GAKUNDI, an individual; SUSAN DAVIS-CROCKWELL, an individual; DOES 1 THROUGH 10, inclusive,<br><br>　　　Defendants. | Case No. 2:22-cv-08659-MCS-PVC<br><br>**JUDGMENT** |

1

Pursuant to this Court's Orders,

IT IS ADJUDGED that the action is dismissed without prejudice. Judgment is entered in favor of Defendants Bermuda Monetary Authority, Gerald Gakundi, Susan Davis-Crockwell, and Does 1 through 10. Plaintiff Newpoint Financial Corporation shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 11, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2